UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN EVARISTO BOLANOS,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | No. 1:26-cv-06334-DAD-CSK<br><u>ORDER ADOPTING FINDING AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING PETITIONER'S MOTION TO EXPEDITE AS MOOT</u><br>(Doc. Nos. 1, 6, 7) |

Petitioner Agustin Evaristo Bolanos is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge determined that because respondent unlawfully detained petitioner pursuant to § 1225(b), he is entitled to his immediate release. (*Id.* at 4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 5–6.)

On September 4, 2026, petitioner filed a motion to expedite consideration of the *habeas* petition. (Doc. No. 7.)

On September 9, 2026, respondent filed objections to the findings and recommendations which are comprised of a single sentence stating that respondent objects for the same reasons presented in its prior briefing. (Doc. No. 8.) These objections do not provide a basis upon which to reject the pending findings and recommendations. (Doc. No. 6.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations (Doc. No. 6) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Agustin Evaristo Bolanos, A-File No. 136-205-126, from respondent's custody;
    b. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its implementing regulations;
3. Petitioner's motion to expedite consideration of the *habeas* petition (Doc. No. 7) is DENIED as having been rendered moot;
4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
5. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE